**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| HANSEN | : | 02-3289 |
| RAEFORD | : | 02-3308 |
| CASTELLANO, *et al.* | : | 02-3316 |
| POLLEX, *et al.* | : | 02-3351 |
| OSBORNE | : | 02-3373 |
| MERLINO, *et al.* | : | 02-3381 |
| PIKE, *et al.* | : | 02-3386 |
| JONES | : | 02-3434 |
| SOLIS, *et al.* | : | 02-3472 |
| RICHMOND, *et al* | : | 02-3477 |
| NIMROD, *et al.* | : | 02-3492 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

      **AND NOW,** this       day of June, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[    ]   -   Order staying these proceedings pending disposition of a related action.

[    ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[    ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Herbert J. Hutton, Judge**